UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARIE E. JIMINEZ,

                                    Plaintiff,

         v.

CITIFINANCIAL SERVICING, LLC, et al.,

                                    Defendants.

Case No. 2:16-cv-02676-RFB-PAL

ORDER

         Before the court is the Notice of Settlement (ECF No. 16) between Plaintiff and Defendant Nationstar Mortgage, LLC, who has not yet made an appearance in this case.  The parties request 60 days to complete settlement dismissal documents.  Accordingly,

         **IT IS ORDERED** that Plaintiff shall have until **March 28, 2017,** to file a notice of voluntary dismissal, or a status report advising when the notice of voluntary dismissal will be filed.

         DATED this 30th day of January, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1