```
1  David H. Krieger, Esq.
   Nevada Bar No. 9086
2  HAINES & KRIEGER, LLC
   8985 S. Eastern Ave., Suite 350
3  Henderson, NV 89123
   Phone: (702) 880-5554
4  Fax: (702) 385-5518
   dkrieger@hainesandkrieger.com
5  Attorney for Plaintiff
      Marie E. Jimenez
6
   Lars K. Evensen, Esq.
7  Nevada Bar No. 8061
   HOLLAND & HART LLP
8  9555 Hillwood Drive, 2nd Floor
   Las Vegas, NV 89134
9  Phone: (702) 669-4631
   Fax: (702) 669-4650
10 lkevensen@hollandhart.com
   Attorneys for Defendant
11    Cellco Partnership d/b/a Verizon Wireless
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIE E. JIMENEZ, | Case No. 2:16-cv-02676-RFB-PAL |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT VERIZON WIRELESS** |
| CITIFINANCIAL SERVICING, LLC; NATIONSTAR MORTGAGE, LLC; VERIZON WIRELESS; CALVARY PORTFOLIO SERVICES, LLC; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Marie E. Jimenez and Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), by and through their

CORE/0048629.0431/131657346.1

1  undersigned counsel, hereby stipulate that the above action is dismissed with prejudice as to Verizon

2  Wireless.  Each party shall be responsible for its own attorneys' fees and costs.

3  Stipulated to this __ day of February, 2017.

4  /s/ David H. Krieger, Esq.                           /s/ Lars K. Evensen, Esq.
   David H. Krieger, Esq.                                Lars K. Evensen, Esq.
5  Nevada Bar No. 9086                                   Nevada Bar No. 8061
   HAINES & KRIEGER, LLC                                 HOLLAND & HART LLP
6  8985 S. Eastern Ave., Suite 350                       9555 Hillwood Drive, 2nd Floor
   Henderson, NV 89123                                   Las Vegas, NV 89134
7  Phone: (702) 880-5554                                 Phone: (702) 669-4631
   Fax: (702) 385-5518                                   Fax: (702) 669-4650
8  dkrieger@hainesandkrieger.com                         lkevensen@hollandhart.com

9  *Attorney for Plaintiff*                              and
   *Marie E. Jimenez*
10                                                       Darrell W. Clark, Esq.
                                                         Stinson Leonard Street LLP
11                                                       1775 Pennsylvania Ave., NW, Suite 800
                                                         Washington, DC 20006
12                                                       Tel: (202) 785-9100; Fax: (202) 785-9163
                                                         Email: darrell.clark@stinson.com
13
                                                         *Attorneys for Defendant*
14                                                       *Cellco Partnership d/b/a Verizon Wireless*

15
                            **ORDER**
16
                         IT IS SO ORDERED
17
                         _____.
18                       RICHARD F. BOULWARE, II
                         United States District Judge
19

20                       DATED: __February 10, 2017.__

21

22

23

24

25                                     2

CORE/0048629.0431/131657346.1